Todd Wengrovsky, Esq. (*pro hac vice*)
The Law Offices of Todd Wengrovsky, PLLC
285 Southfield Road, Box 585
Calverton, NY 11933

John K. Buche (CA Bar No. 239477) (Local Counsel)
BUCHE & ASSOCIATES, P.C.
2029 Century Park E., Suite 400N
Los Angeles, CA 90067
Tel: (310) 593-4193
Fax: (858) 430-2426

*Attorneys for Defendant S. Kashi & Sons*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACORI ENTERPRISES,<br><br>Plaintiff,<br><br>v.<br><br>S. KASHI & SONS,<br><br>Defendants. | **Case No.: 2:18-cv-9921**<br><br>**ANSWER** |

Defendant, for its Answer and Affirmative Defenses, states as follows:

“SUBJECT MATTER JURISDICTION AND VENUE”
SECTION OF COMPLAINT

1. Defendant admits the allegations of this Paragraph of the Complaint regarding the nature of the case, but denies infringement.

2. Defendant denies each and every allegation of this Paragraph of the Complaint.

3. Defendant denies each and every allegation of this Paragraph of the Complaint.

“PARTIES AND PERSONAL JURISDICTION” SECTION OF COMPLAINT

4. Defendant admits the allegations of this Paragraph of the Complaint.

5. Defendant admits the allegations of this Paragraph of the Complaint regarding Defendant’s address, but denies personal jurisdiction.

“BUSINESS OF PLAINTIFF TACORI” SECTION OF COMPLAINT

6. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

7. Defendant denies each and every allegation of this Paragraph of the Complaint.

8. Defendant denies each and every allegation of this Paragraph of the Complaint.

9. Defendant denies each and every allegation of this Paragraph of the Complaint.

10. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

13. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

16. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

17. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

18. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

## "BUSINESS OF DEFENDANT" SECTION OF COMPLAINT

20. Defendant admits the allegations of this Paragraph of the Complaint.

21. Defendant admits the allegations of this Paragraph of the Complaint.

22. Defendant denies each and every allegation of this Paragraph of the Complaint.

23. Defendant denies each and every allegation of this Paragraph of the Complaint.

24. Defendant denies each and every allegation of this Paragraph of the Complaint.

25. Defendant denies each and every allegation of this Paragraph of the Complaint.

26. Defendant denies each and every allegation of this Paragraph of the Complaint, with the comment that no authorization was necessary.

27. Defendant denies each and every allegation of this Paragraph of the Complaint, with the comment that no authorization was necessary.

28. Defendant admits the allegations of this Paragraph of the Complaint.

29. Defendant admits the allegations of this Paragraph of the Complaint.

30. Defendant admits the allegations of this Paragraph of the Complaint.

31. Defendant admits the allegations of this Paragraph of the Complaint.

32. Defendant admits the allegations of this Paragraph of the Complaint.

33. Defendant denies each and every allegation of this Paragraph of the Complaint.

34. Defendant denies each and every allegation of this Paragraph of the Complaint.

35. Defendant denies each and every allegation of this Paragraph of the Complaint.

FIRST CAUSE OF ACTION

36. Defendant repeats and incorporates by reference his replies in Paragraphs 1 through 35 herein inclusive.

37. Defendant denies each and every allegation of this Paragraph of the Complaint.

38. Defendant denies each and every allegation of this Paragraph of the Complaint.

39. Defendant denies each and every allegation of this Paragraph of the Complaint.

40. Defendant denies each and every allegation of this Paragraph of the Complaint.

41. Defendant denies each and every allegation of this Paragraph of the Complaint.

42. Defendant denies each and every allegation of this Paragraph of the Complaint.

43. Defendant denies each and every allegation of this Paragraph of the Complaint.

44. Defendant denies each and every allegation of this Paragraph of the Complaint.

45. Defendant denies each and every allegation of this Paragraph of the Complaint.

46. Defendant denies each and every allegation of this Paragraph of the Complaint.

47. Defendant denies each and every allegation of this Paragraph of the Complaint.

48. Defendant denies each and every allegation of this Paragraph of the Complaint.

49. Defendant denies each and every allegation of this Paragraph of the Complaint.

50. Defendant denies each and every allegation of this Paragraph of the Complaint.

51. Defendant denies each and every allegation of this Paragraph of the Complaint.

52. Defendant denies each and every allegation of this Paragraph of the Complaint.

53. Defendant denies each and every allegation of this Paragraph of the Complaint.

54. Defendant denies each and every allegation of this Paragraph of the Complaint.

55. Defendant denies each and every allegation of this Paragraph of the Complaint.

56. Defendant denies each and every allegation of this Paragraph of the Complaint.

57. Defendant denies each and every allegation of this Paragraph of the Complaint.

58. Defendant denies each and every allegation of this Paragraph of the Complaint.

59. Defendant denies each and every allegation of this Paragraph of the Complaint.

60. Defendant denies each and every allegation of this Paragraph of the Complaint.

61. Defendant denies each and every allegation of this Paragraph of the Complaint.

62. Defendant denies each and every allegation of this Paragraph of the Complaint.

## SECOND CAUSE OF ACTION

63. Defendant repeats and incorporates by reference his replies in Paragraphs 1 through 62 herein inclusive.

64. Defendant denies each and every allegation of this Paragraph of the Complaint.

65. Defendant denies each and every allegation of this Paragraph of the Complaint.

66. Defendant denies each and every allegation of this Paragraph of the Complaint.

67. Defendant denies each and every allegation of this Paragraph of the Complaint.

68. Defendant denies each and every allegation of this Paragraph of the Complaint.

69. Defendant denies each and every allegation of this Paragraph of the Complaint.

70. Defendant denies each and every allegation of this Paragraph of the Complaint.

71. Defendant denies each and every allegation of this Paragraph of the Complaint.

72. Defendant denies each and every allegation of this Paragraph of the Complaint.

73. Defendant denies each and every allegation of this Paragraph of the Complaint.

74. Defendant denies each and every allegation of this Paragraph of the Complaint.

75. Defendant denies each and every allegation of this Paragraph of the Complaint.

## THIRD CAUSE OF ACTION

76. Defendant repeats and incorporates by reference his replies in Paragraphs 1 through 75 herein inclusive.

77. Defendant denies each and every allegation of this Paragraph of the Complaint.

78. Defendant denies each and every allegation of this Paragraph of the Complaint.

79. Defendant denies each and every allegation of this Paragraph of the Complaint.

80. Defendant denies each and every allegation of this Paragraph of the Complaint.

81. Defendant denies each and every allegation of this Paragraph of the Complaint.

82. Defendant denies each and every allegation of this Paragraph of the Complaint.

83. Defendant denies each and every allegation of this Paragraph of the Complaint.

84. Defendant denies each and every allegation of this Paragraph of the Complaint.

85. Defendant denies each and every allegation of this Paragraph of the Complaint.

86. Defendant denies each and every allegation of this Paragraph of the Complaint.

87. Defendant denies each and every allegation of this Paragraph of the Complaint.

## FOURTH CAUSE OF ACTION

88. Defendant repeats and incorporates by reference his replies in Paragraphs 1 through 87 herein inclusive.

89. Defendant denies each and every allegation of this Paragraph of the Complaint.

90. Defendant denies each and every allegation of this Paragraph of the Complaint.

91. Defendant denies each and every allegation of this Paragraph of the Complaint.

92. Defendant denies each and every allegation of this Paragraph of the Complaint.

93. Defendant denies each and every allegation of this Paragraph of the Complaint.

## FIFTH CAUSE OF ACTION

94. Defendant repeats and incorporates by reference his replies in Paragraphs 1 through 93 herein inclusive.

95. Defendant admits the allegations of this Paragraph of the Complaint.

96. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

97. Defendant admits the allegations of this Paragraph of the Complaint.

98. Defendant denies each and every allegation of this Paragraph of the Complaint.

99. Defendant denies each and every allegation of this Paragraph of the Complaint.

100. Defendant denies each and every allegation of this Paragraph of the Complaint.

## DEFENDANTS' AFFIRMATIVE DEFENSES

Answering further, Defendant raises the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

Defendant has not infringed the United States Copyrights cited in the Complaint.

THIRD AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery by reason of waiver and/or estoppel.

FOURTH AFFIRMATIVE DEFENSE

Defendant had no knowledge that any of its activities constituted infringement and thus its actions were innocent.

FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of acquiescence.

SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of laches.

SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred to the extent that the content at issue in this case is not the subject of valid copyrights.

EIGHTH AFFIRMATIVE DEFENSE

Parties other than Plaintiff independently designed and created the works in question.

**WHEREFORE**, Defendant respectfully requests this Court to grant judgment in his favor, order all claims of the complaint dismissed with prejudice, award Defendant all costs, expenses, disbursements and fees incurred herein, including reasonable attorneys' fees, and such other, further and different relief as the Court may deem just and proper.

Dated: Calverton, New York.
July 8, 2019

/s/ Todd Wengrovsky
Todd Wengrovsky - TW4823
Law Offices of
Todd Wengrovsky, PLLC.
285 Southfield Road, Box 585
Calverton, NY 11933
Tel (631) 727-3400
*Attorney for Defendant*